UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORAN, | No. C 10-01383 MHP |
| Plaintiff(s), | **REFERRAL ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Thelton E. Henderson for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a) to C 09-1128 TEH *Michael Horan -v- Service Employees International Union Local 1021 et al.*

Dated: 4/14/2010

MARILYN HALL PATEL
United States District Court Judge

1  Case No. C 10-01383 MHP                                              April 14, 2010

2
3  SERVICE LIST *(Plaintiff is instructed to serve the attached court document on all defendants NOT listed below)*:

4
5  Plaintiff(s):

6  x

7
8  Defendant(s):

9
10  x

2