A.K. Abraham (SBN 086870) [E-Mail: aka@chauvelabraham.com]
Kenneth M. Weinfield, Of Counsel (SBN 116560) [E-Mail: kmw@chauvelabraham.com]
**CHAUVEL, ABRAHAM & DESCALSO LLP**
155 Bovet Road, Suite 780
San Mateo, California 94402-3155

Telephone: 650.573.9500
Facsimile: 650.573.9689

Attorneys for Plaintiff
**MICHAEL HORAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| MICHAEL HORAN, | Case No.: CV-10-01383-TEH |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND TIME FOR COMPLIANCE WITH RULE 26 (a) & (f) REQUIREMENTS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; MARCUS SANTIAGO, an Individual; and DOES 1-25, inclusive, | |
| Defendants. | |

To facilitate an upcoming settlement conference between the parties before the EEOC, plaintiff and defendants hereby stipulate that the Case Management Conference presently scheduled in this matter for July 26, 2010 be continued to September 20, 2010 at 1:30 p.m. The

///
///
///
///
///
///
///
///

1

Case3:10-cv-01383-TEH Document14 Filed07/16/10 Page2 of 2

1 | parties further stipulate that the date for complying with Rule 26(a) and (f) of the Federal Rules
2 | of Civil Procedure be continued to September 13, 2010.
3 | IT IS SO STIPULATED.

4 | Dated: July 16, 2010       **CHAUVEL, ABRAHAM & DESCALSO, LLP**

/s/
By:_____
A.K. Abraham
Kenneth M. Weinfield, Of Counsel
Attorneys for Plaintiff Michael Horan

Dated: July 16, 2010

/s/
By:_____
Margaret W. Baumgartner, Deputy City Attorney
Attorneys for Defendants City and County of San Francisco and Marcus Santiago

13 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
14 | Dated: July 19, 2010

_____
Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

2