A.K. Abraham (SBN 086870) [E-Mail: aka@chauvelabraham.com]
Kenneth M. Weinfield, Of Counsel (SBN 116560) [E-Mail: kmw@chauvelabraham.com]
**CHAUVEL, ABRAHAM & DESCALSO LLP**
155 Bovet Road, Suite 780
San Mateo, California 94402-3155

Telephone: 650.573.9500
Facsimile: 650.573.9689

Attorneys for Plaintiff
**MICHAEL HORAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| MICHAEL HORAN,<br><br>   Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; MARCUS SANTIAGO, an Individual; and DOES 1-25, inclusive,<br><br>   Defendants. | Case No.: CV-10-01383-TEH<br><br>STIPULATION AND ~~(PROPOSED)~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND TIME FOR COMPLIANCE WITH RULE 26 (a) & (f) REQUIREMENTS |

By prior stipulation and order, the Case Management Conference in this matter was continued to September 20, 2010, and the dates for complying with Rule 26(a) and (f) of the Federal Rules of Civil Procedure were continued to September 13, 2010 to facilitate an anticipated settlement conference between the parties before the EEOC. Due to scheduling difficulties, that settlement conference has not yet been held, but is expected to take place within the next several weeks. In addition, the parties are scheduled to participate in an ENE Conference in this matter on September 29, 2010.

To facilitate the above-described settlement and early neutral evaluation processes, plaintiff and defendants hereby stipulate that the Case Management Conference presently scheduled in this matter for September 20, 2010 be continued to November 1, 2010 at 1:30 p.m.

///

1 | The parties further stipulate that the date for complying with Rules 26(a) and (f) of the Federal Rules of Civil Procedure be continued to October 25, 2010.

IT IS SO STIPULATED.

Dated: September 10, 2010

**CHAUVEL, ABRAHAM & DESCALSO, LLP**

By: /s/
_____
A.K. Abraham
Kenneth M. Weinfield, Of Counsel
Attorneys for Plaintiff Michael Horan

Dated: September 10, 2010

By: /s/
_____
Margaret W. Baumgartner, Deputy City Attorney
Attorneys for Defendants City and County of San Francisco and Marcus Santiago

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 13, 2010

_____
Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

2
STIPULATION AND (PROPOSED) ORDER CONTINUING CMC, RULE 26(a) & (f) REQUIREMENTS  USDC CASE NO. C 10-01383 TEH