A.K. Abraham, Of Counsel (SBN 086870) [E-Mail: aka@chauvelabraham.com]
Kenneth M. Weinfield, Of Counsel (SBN 116560) [E-Mail: kmw@chauvelabraham.com]
CHAUVEL • ABRAHAM • DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, California 94402-3155

Telephone: 650.573.9500
Facsimile: 650.573.9689

Attorneys for Plaintiff MICHAEL HORAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL HORAN,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO; MARCUS SANTIAGO, an Individual; and DOES 1-25, inclusive,

    Defendants.

Case No.: CV-10-01383-TEH

SUBSTITUION OF COUNSEL

**COMES NOW** plaintiff Michael Horan, by and through his current counsel of record, and pursuant to Local Rule 11-5 of the United States District Court for the Northern District of California

///
///
///
///
///
///
///
///

1

1  hereby substitutes himself *in pro per* in place of CHAUVEL • ABRAHAM • DESCALSO, LLP.
2  Henceforth, all pleadings and papers are to be served on plaintiff at:

   Michael Horan
   1836 Stockton St.
   San Francisco, CA  94133-2909

   Tel.: (415) 398.8804

I hereby consent to the aforementioned substitution of counsel.
Dated this 8th of March 2011.

*Michael Horan*
Michael Horan
Plaintiff

I hereby acknowledge the aforementioned substitution of counsel.
Dated this 9th of March 2011.

CHAUVEL • ABRAHAM • DESCALSO, LLP

By: _____
A.K. Abraham, Of Counsel
(Former) Attorneys for Plaintiff, Michael Horan

IT IS SO ORDERED:

Dated this 2nd of May 2011.

*Judge Thelton E. Henderson*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

SUBSTITUTION OF COUNSEL                          USDC (ND CAL.), CASE NO. CV-10-01383-TEH