1  Andrew F. Pierce, Esq. (State Bar No. 101889)
2  PIERCE & SHEARER LLP
   2200 Geng Road Suite 230
3  Palo Alto, CA 94303
   Phone (650) 843-1900
4  Fax    (650) 843-1999

5  Attorneys for Plaintiff
6  MICHAEL HORAN

7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

12 MICHAEL HORAN,                          Case No. CV 10-01383-TEH
                    Plaintiff,
13                                          SUBSTITUTION OF COUNSEL
   vs.
14
   CITY AND COUNTY OF SAN FRANCISCO;
15 MARCUS SANTAGO and DOES 1-25, inclusive,

16                  Defendants.
17

18       COMES NOW Plaintiff, Michael Horan, by and through his current counsel of record
19 and pursuant to Local Rule 11-5 of the United States District Court for the Northern District of
20 California, hereby substitutes the law firm of Pierce & Shearer, in place of himself *in pro per*.
21 Henceforth, all pleadings and papers are to be served on Plaintiff at:
22

23 Andrew F. Pierce, Esq.
   PIERCE & SHEARER LLP
24 2200 Geng Road, Suite 230
25 Palo Alto, CA 94303
   (650) 843-1900 – Telephone
26
27

28 SUBSTITUTION OF COUNSEL                    1                    Case No. CV-10-01383-TEH

1
2  I hereby consent to the aforementioned substitution of counsel.
3
4
5  Dated: 7-1-2011                    By: _____
6                                          Michael Horan, *in pro per*
7
8
9  Dated: June 29, 2011               PIERCE & SHEARER, LLP
10
11                                    By: _____
12                                          Andrew F. Pierce
13                                          Attorneys for Plaintiff
                                            Michael Horan
14  IT IS SO ORDERED:
15  Dated: 7/5/11
16
17                                    By: _____
18                                          **IT IS SO ORDERED**
                                            Judge Thelton E. Henderson
19                                          United States District Court
                                            Northern District of California
20
21
22
23
24
25
26
27
28  SUBSTITUTION OF COUNSEL            2                    Case No. CV-10-01383-TEH