1   Andrew F. Pierce, Esq. (State Bar No. 101889)
    PIERCE & SHEARER LLP
2   2200 Geng Road, Suite 230
    Palo Alto, CA  94303
3   Phone (650) 843-1900
    Fax     (650) 843-1999
4
    Attorneys for Plaintiff
5   MICHAEL HORAN

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11   MICHAEL HORAN,                          | Case No. CV 10-01383-TEH

12                    Plaintiff,             | **STIPULATION OF DISMISSAL**
                                             | **WITH PREJUDICE**
13   vs.

14   CITY AND COUNTY OF SAN FRANCISCO;
     MARCUS SANTIAGO and DOES 1-25, inclusive,
15
                     Defendants.
16

17

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28
                                    1
                  STIPULATION OF DISMISSAL WITH PREJUDICE

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

Plaintiff Michael Horan hereby dismisses this action with prejudice pursuant to the parties' settlement agreement. The United States District Court for the Northern District of California, by agreement of the parties, will have continuing jurisdiction to enforce the parties' settlement agreement.

Dated: January 18, 2013          Respectfully submitted,

By:  _____/s/_____
     Andrew F. Pierce
     Attorneys for Plaintiff
     MICHAEL HORAN

Dated: January 18, 2013     By:  _____/s/_____
     Ruth M. Bond
     Attorneys for Defendants
     CITY AND COUNTY OF SAN
     FRANCISCO



UNITED STATES DISTRICT COURT
01/22/2013
IT IS SO ORDERED
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

STIPULATION OF DISMISSAL WITH PREJUDICE