Andrew F. Pierce, Esq. (State Bar No. 101889)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA 94303
Phone (650) 843-1900
Fax     (650) 843-1999

Attorneys for Plaintiff
MICHAEL HORAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL HORAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO;<br>MARCUS SANTIAGO and DOES 1-25, inclusive,<br><br>                    Defendants. | Case No. CV 10-01383-TEH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
STIPULATION OF DISMISSAL WITH PREJUDICE

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

1

2    Plaintiff Michael Horan hereby dismisses this action with prejudice pursuant to the

3    parties' settlement agreement.  The United States District Court for the Northern District of

4    California, by agreement of the parties, will have continuing jurisdiction to enforce the parties'

5    settlement agreement.

6    Dated:  January 18, 2013            Respectfully submitted,

7

8                                       By:  _____/s/_____
9                                            Andrew F. Pierce
                                             Attorneys for Plaintiff
10                                           MICHAEL HORAN

11

12   Dated:  January 18, 2013            By:  _____/s/_____
                                             Ruth M. Bond
13                                           Attorneys for Defendants
                                             CITY AND COUNTY OF SAN
14                                           FRANCISCO



UNITED STATES DISTRICT COURT
01/22/2013
IT IS SO ORDERED
Judge Thelton E. Henderson
NORTHERN DISTRICT OF CALIFORNIA

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION OF DISMISSAL WITH PREJUDICE