1  Andrew F. Pierce (State Bar No. 101889)
   PIERCE & SHEARER LLP
2  2200 Geng Road, Suite 230
   Palo Alto, CA 94303
3  Phone: (650) 843-1900
   Fax:   (650) 843-1999
4
   Attorneys for Plaintiff
5  MICHAEL HORAN

6  Dennis J. Herrera, (State Bar No. 139669)
   City Attorney
7  Elizabeth Salveson (State Bar No. 83788)
   Chief Labor Attorney
8  Ruth M. Bond (State Bar No. 214582)
   Deputy City Attorney
9  Fox Plaza
   1390 Market Street, Fifth Floor
10 San Francisco, California 94102-5408
   Telephone: (415) 554-3976
11 Facsimile: (415) 554-4248

12 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

17 | MICHAEL HORAN, | Case No. CV 10-01383-TEH |

18 | Plaintiff, | **STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO ENFORCE THE TERMS OF A SETTLEMENT AGREEMENT; [~~PROPOSED~~] ORDER THEREON** |

19 | v. |

20 | CITY AND COUNTY OF SAN FRANCISCO; MARCUS SANTIAGO and DOES 1-25, inclusive, |

21 | | Date: June 17, 2013
       Time: 10 a.m.
22 | Defendants. | Place: 450 Golden Gate Avenue
                   Courtroom 12 – 19th Fl.
23                San Francisco, CA 94102
       Judge: The Honorable Thelton E. Henderson

24

25                         IT IS SO ORDERED AS MODIFIED

26     Plaintiff filed a Motion to Enforce the Terms of a Settlement Agreement on May 9,

27 2013. The hearing on this motion is set for June 17, 2013.

28

                                          1

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

1  Since the time of the filing of this motion, the parties have been actively engaged in
2  discussions in an attempt to resolve this issue and the City has provided Plaintiff with
3  documentation that it believes establishes its full compliance with the terms of the Settlement
4  Agreement.

5  The parties agree that continuing the hearing and briefing schedule on Plaintiff's
6  Motion to Enforce the Terms of a Settlement Agreement would serve to promote the interests
7  of justice by allowing for potential resolution of this issue without the unnecessary waste of
8  the parties' and the Court's time and resources.

9  Therefore the parties hereby STIPULATE and REQUEST that:

10  The hearing on Plaintiff's Motion to Enforce the Terms of a Settlement Agreement be
11  continued to August ~~19~~ 26, 2013.  Defendant's opposition brief shall be due on June 20, 2013.
12  Plaintiff's reply shall be due June 27, 2013.

13  SO STIPULATED.
14  Dated:  May 22, 2013

PIERCE & SHEARER LLP

By: */s/ Andrew F. Pierce*
    Andrew F. Pierce
    Attorneys for Plaintiff
    MICHAEL HORAN

20  Dated:  May 22, 2013

OFFICE OF THE CITY ATTORNEY

By: */s/ Ruth M. Bond*
    Ruth M. Bond
    Attorneys for Defendant
    CITY AND COUNTY
    OF SAN FRANCISCO

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
Phone (650) 843-1900 • Fax (650) 843-1999

I attest that my firm has obtained the concurrence of Ruth Bond in the filing of this document.

Dated: May 22, 2013

          PIERCE & SHEARER LLP

By: */s/ Andrew F. Pierce*
    Andrew F. Pierce
    Attorneys for Plaintiff
    MICHAEL HORAN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 05/23/2013

_____
THE HON. THELTON E. HENDERSON

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Thelton E. Henderson — United States District Court, Northern District of California]*

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
Phone (650) 843-1900 • Fax (650) 843-1999

3
STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT
AGREEMENT; [PROPOSED] ORDER THEREON    Case No. CV 10-01383-TEH