Andrew F. Pierce (State Bar No. 101889)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA  94303
Phone: (650) 843-1900
Fax:    (650) 843-1999

Attorneys for Plaintiff
MICHAEL HORAN

Dennis J. Herrera, (State Bar No. 139669)
City Attorney
Elizabeth Salveson (State Bar No. 83788)
Chief Labor Attorney
Ruth M. Bond (State Bar No. 214582)
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3976
Facsimile: (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL HORAN,<br><br>                    Plaintiff<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; MARCUS SANTIAGO and DOES 1-25, inclusive,<br><br>                    Defendants. | Case No. CV 10-01383-TEH<br><br>**STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO ENFORCE THE TERMS OF A SETTLEMENT AGREEMENT; [~~PROPOSED~~] ORDER THEREON**<br><br>Date:   June 17, 2013<br>Time:  10 a.m.<br>Place:  450 Golden Gate Avenue<br>          Courtroom 12 – 19th Fl.<br>          San Francisco, CA 94102<br>Judge: The Honorable Thelton E. Henderson<br><br>IT IS SO ORDERED AS MODIFIED |

Plaintiff filed a Motion to Enforce the Terms of a Settlement Agreement on May 9, 2013.  The hearing on this motion is set for June 17, 2013.

1   Since the time of the filing of this motion, the parties have been actively engaged in
2 discussions in an attempt to resolve this issue and the City has provided Plaintiff with
3 documentation that it believes establishes its full compliance with the terms of the Settlement
4 Agreement.

5   The parties agree that continuing the hearing and briefing schedule on Plaintiff's
6 Motion to Enforce the Terms of a Settlement Agreement would serve to promote the interests
7 of justice by allowing for potential resolution of this issue without the unnecessary waste of
8 the parties' and the Court's time and resources.

9   Therefore the parties hereby STIPULATE and REQUEST that:

10   The hearing on Plaintiff's Motion to Enforce the Terms of a Settlement Agreement be
11 continued to August 26 [~~19~~], 2013.  Defendant's opposition brief shall be due on June 20, 2013.
12 Plaintiff's reply shall be due June 27, 2013.

13   SO STIPULATED.

14   Dated:  May 22, 2013

PIERCE & SHEARER LLP

By:  */s/ Andrew F. Pierce*
     Andrew F. Pierce
     Attorneys for Plaintiff
     MICHAEL HORAN

20   Dated:  May 22, 2013

OFFICE OF THE CITY ATTORNEY

By:  */s/ Ruth M. Bond*
     Ruth M. Bond
     Attorneys for Defendant
     CITY AND COUNTY
     OF SAN FRANCISCO

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

1  I attest that my firm has obtained the concurrence of Ruth Bond in the filing of this
2  document.
3  Dated:  May 22, 2013

PIERCE & SHEARER LLP

By:  */s/ Andrew F. Pierce*
Andrew F. Pierce
Attorneys for Plaintiff
MICHAEL HORAN

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  05/23/2013

_____
THE HON. THELTON E. HENDERSON

*IT IS SO ORDERED AS MODIFIED*
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PIERCE & SHEARER LLP
2200 Geng Road, Suite 230, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999