Andrew F. Pierce (State Bar No. 101889)
PIERCE & SHEARER LLP
2200 Geng Road, Suite 230
Palo Alto, CA  94303
Phone: (650) 843-1900
Fax:     (650) 843-1999

Attorneys for Plaintiff
MICHAEL HORAN

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3976
Facsimile:     (415) 554-4248
E-Mail:         ruth.bond@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND MARCUS SANTIAGO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL HORAN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; MARCUS SANTIAGO, an Individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV 10-1383 TEH<br><br>**STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO ENFORCE THE TERMS OF A SETTLEMENT AGREEMENT; [~~PROPOSED~~] ORDER THEREON**<br><br>Hearing Date:    August 26, 2013<br>Time:                10:00 a.m.<br>Place:               Courtroom 12, 19th Floor<br>Judge:              Hon. Thelton E. Henderson |
|---|---|

On May 9, 2013, Plaintiff filed a Motion to Enforce the Terms of a Settlement Agreement ("Motion") setting the hearing for June 17, 2013.

On May 22, 2013, the parties filed a Stipulation requesting that the Court continue hearing on the motion to August 19, 2013, to give the parties an opportunity to resolve the issue without court intervention.  On May 24, 2013, the Court entered an Order continuing the hearing to August 26, 2013, and setting a briefing schedule as follows:

    Defendants' Opposition due:  June 20, 2013;

    Plaintiff's Reply due:   June 27, 2013.

As the parties have been unable to resolve the issues without assistance from the Court, a hearing on Plaintiff's motion is now required.  However, counsel for the City, Deputy City Attorney Ruth M. Bond, is scheduled to begin trial on August 26, 2013, in San Francisco Superior Court in the matter *Danner, et al. v. City & County of San Francisco,* Case No. CGC 10 – 501981.  That trial is expected to last several weeks.

Therefore, the parties hereby stipulate and request that the Court continue the hearing on Plaintiff's Motion to September 30, 2013.  The due date for Plaintiff's Reply would remain the same.

SO STIPULATED

Dated:  June 27, 2013

                                                      DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
RUTH M. BOND
Deputy City Attorney

By:/s/ Ruth M. Bond
RUTH M. BOND
Deputy City Attorney
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO and MARCUS SANTIAGO

Dated:  June 27, 2013

                                                      PIERCE & SHEARER LLP

By:/s/ Andrew F. Pierce
ANDREW F. PIERCE
Attorneys for Plaintiff
MICHAEL HORAN

**ORDER**

1  
2  Pursuant to the Parties' Stipulation, the hearing on Plaintiff's Motion to Enforce the Terms of a
3  Settlement Agreement is hereby continued to **September 30, 2013.**  The due date for Plaintiff's Reply
4  remains June 27, 2013.
5  IT IS SO ORDERED.
6  Dated:  July 2, 2013



THE _____ ERSON
Judge Thelton E. Henderson