```
 1  Andrew F. Pierce (State Bar No. 101889)
    PIERCE & SHEARER LLP
 2  2200 Geng Road, Suite 230
    Palo Alto, CA  94303
 3  Phone: (650) 843-1900
    Fax:    (650) 843-1999
 4
    Attorneys for Plaintiff
 5  MICHAEL HORAN

 6  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 7  ELIZABETH SALVESON, State Bar #83788
    Chief Labor Attorney
 8  RUTH M. BOND, State Bar #214582
    Deputy City Attorney
 9  Fox Plaza
    1390 Market Street, Fifth Floor
10  San Francisco, California 94102-5408
    Telephone:    (415) 554-3976
11  Facsimile:    (415) 554-4248
    E-Mail:       ruth.bond@sfgov.org
12
    Attorneys for Defendants
13  CITY AND COUNTY OF SAN FRANCISCO AND MARCUS SANTIAGO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; MARCUS SANTIAGO, an Individual; and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. CV 10-1383 TEH<br><br>**STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO ENFORCE THE TERMS OF A SETTLEMENT AGREEMENT; [~~PROPOSED~~] ORDER THEREON**<br><br>Hearing Date:   August 26, 2013<br>Time:           10:00 a.m.<br>Place:          Courtroom 12, 19th Floor<br>Judge:          Hon. Thelton E. Henderson |

On May 9, 2013, Plaintiff filed a Motion to Enforce the Terms of a Settlement Agreement ("Motion") setting the hearing for June 17, 2013.

STIP. TO CONT. HRG DATE – CASE NO. CV 10-1383 TEH     1                                        n:\labor\li2010\100539\00855771.doc

On May 22, 2013, the parties filed a Stipulation requesting that the Court continue hearing on the motion to August 19, 2013, to give the parties an opportunity to resolve the issue without court intervention.  On May 24, 2013, the Court entered an Order continuing the hearing to August 26, 2013, and setting a briefing schedule as follows:

    Defendants' Opposition due:  June 20, 2013;

    Plaintiff's Reply due:     June 27, 2013.

As the parties have been unable to resolve the issues without assistance from the Court, a hearing on Plaintiff's motion is now required.  However, counsel for the City, Deputy City Attorney Ruth M. Bond, is scheduled to begin trial on August 26, 2013, in San Francisco Superior Court in the matter *Danner, et al. v. City & County of San Francisco,* Case No. CGC 10 – 501981.  That trial is expected to last several weeks.

Therefore, the parties hereby stipulate and request that the Court continue the hearing on Plaintiff's Motion to September 30, 2013.  The due date for Plaintiff's Reply would remain the same.

SO STIPULATED

Dated:  June 27, 2013

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH S. SALVESON
    Chief Labor Attorney
    RUTH M. BOND
    Deputy City Attorney

    By:/s/ Ruth M. Bond
    RUTH M. BOND
    Deputy City Attorney
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO and
    MARCUS SANTIAGO

Dated:  June 27, 2013

    PIERCE & SHEARER LLP

    By:/s/ Andrew F. Pierce
    ANDREW F. PIERCE
    Attorneys for Plaintiff
    MICHAEL HORAN

**ORDER**

Pursuant to the Parties' Stipulation, the hearing on Plaintiff's Motion to Enforce the Terms of a Settlement Agreement is hereby continued to **September 30, 2013.**  The due date for Plaintiff's Reply remains June 27, 2013.

IT IS SO ORDERED.

Dated: July 2, 2013



THELTON E. HENDERSON
Judge Thelton E. Henderson

STIP. TO CONT. HRG DATE – CASE NO. CV 10-1383 TEH          3                    n:\labor\li2010\100539\00855771.doc